IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HSBC Bank USA, National Association, as
Indenture Trustee for People`s Choice Home Loan
Securities Trust Series 2005-3,     CASE NUMBER: 1:12-cv-6801

                PLAINTIFF

         VS.                       DISTRICT JUDGE: Harry D. Leinenweber

Ruth Helen Davis,                     MAGISTRATE JUDGE: Geraldine Soat Brown

              DEFENDANT(S).

## *MOTION FOR SUMMARY JUDGMENT*

     Plaintiff, HSBC Bank USA, NA, (Plaintiff), by counsel, Julia M. Bochnowski of Burke Costanza, & Carberry LLP, submits its Motion for Summary Judgment. For reasons outlined in the accompanying Memorandum in Support of Motion for Summary Judgment, there is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law.

     WHEREFORE**,** Plaintiff respectfully requests that its Motion for Summary Judgment be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff of the Property, enter an award of $151,472.80 as of August 27, 2012, with interest accruing on the unpaid principal balance at $27.28 per day, plus attorney's fees, foreclosure costs, late charges, advances, and expenses of $2,546.00, incurred by the Plaintiff as a result of the default, and all other relief just and proper.

                                                    Respectfully submitted:

                                                    /s/ Julia M. Bochnowski
                                                    Julia M. Bochnowski
                                                    BURKE COSTANZA & CARBERRY LLP
                                                    225 W. Washington St., Ste. 2200
                                                    Chicago, IL 60606
                                                    Phone: (219) 769-1313
                                                    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on the 21st day of May, 2013, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by depositing the same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

**Service list:**

Ruth Helen Davis
2202 East 70th Place #204
Chicago, IL 60649

By:_____/s/ Julia M. Bochnowski