**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-3 PLAINTIFF<br><br>Vs.<br>Ruth Helen Davis; Cambridge Apartments Condominium Association<br>DEFENDANTS | No. 12 CV 6801 |

**MOTION FOR ENTRY OF AN ORDER OF DEFAULT AND JUDGMENT OF FORECLOSURE AND SALE**

Now comes the Plaintiff, by and through its attorneys, Codilis & Associates, P.C., respectfully moving for entry of an Order of Default against all party Defendants who have failed to appear and answer. In support thereof, Plaintiff alleges as follows:

1. That service of process was effectuated over the below defendants as follows:

| **PARTY** | **METHOD/DATE OF SERVICE** |
|---|---|
| **Ruth Helen Davis** | **Publish: 10/31/12** |
| **Cambridge Apartments Condominium Association** | **Agent: 10/25/16** |

2. That no appearances, motions or answers have been filed, except for the following:

**APPEARANCES**
Ruth Helen Davis, by Pro Se on 2/14/13
Additional Counsel for Plaintiff – by Dykema Gossett PLLC, on 2/5/16

**ANSWERS**
Ruth Helen Davis, by Pro Se on 3/20/13

3. That as of the date of the filing of this motion, a total of 60 or more days has passed since the date of service. That attached hereto and incorporated herein by reference is the affidavit in support of this motion.

WHEREFORE, Plaintiff requests the follow relief:

1. That an order of default be entered against all party defendants who have failed to appear and answer;

2. That a Judgment of Foreclosure and Sale be entered against all parties;

1

3. And for such further and other relief that the court deems just and equitable.

                 Respectfully submitted,

             By:  /s/ Michael R. Kemock

                _____

ARDC #6286572

Codilis & Associates, P.C.

15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527

630-794-5300

Michael.kemock@il.cslegal.com

14-15-17814
**NOTE: This law firm is a debt collector.**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-3<br>PLAINTIFF<br>Vs.<br>Ruth Helen Davis; Cambridge Apartments Condominium Association<br>DEFENDANTS | No. 12 CV 6801 |

## ORDER OF DEFAULT

The above cause coming on to be heard upon the motion of the Plaintiff, and the Court having found that certain Defendant(s) have failed to appear and/or plead;

IT IS HEREBY ORDERED that the Defendant(s),

Cambridge Apartments Condominium Association

is/are in default herein, and the relief sought by Plaintiff is hereby granted as set forth in the Judgment for Foreclosure and Sale.

                                                ENTER:

                                                _____
                                                    J U D G E
                                              DATED:
                                                _____

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
14-15-17814