# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-3<br><br>PLAINTIFF<br>Vs.<br>Ruth Helen Davis; Cambridge Apartments Condominium Association<br>DEFENDANTS | No. 12 CV 6801 |

## **MOTION FOR ENTRY OF A JUDGMENT FOR FORECLOSURE AND SALE**

NOW COMES the Plaintiff, by and through its Attorneys, Codilis & Associates, P.C., and in support of its Motion requests that a Judgment for Foreclosure and Sale be entered against all parties in this matter.

WHEREFORE, Plaintiff respectfully requests that a Judgment for Foreclosure and Sale be entered and against all parties for any further relief this Honorable Court deems equitable and just.

Respectfully submitted,

By:  /s/ Michael R. Kemock

_____

ARDC #6286572

Codilis & Associates, P.C.

15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527

630-794-5300

Michael.kemock@il.cslegal.com

14-15-17814
**NOTE: This law firm is a debt collector.**

